# Claims Proposed Distribution

### Case: 03-17519    KANE, JAMES F.

Report Includes ONLY Claims with a Proposed Distribution

*11090634*
*9/27/10*
*# 423*

| Case Balance: | $1,377.33 | Total Proposed Payment: | $1,377.33 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | CLERK, U.S. BANKRUPTCY COURT | Admin Ch. 7 | 260.00 | 260.00 | 0.00 | 260.00 | 260.00 | 1,117.33 |
| | <2700-00  Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | MARK S. WALLACH | Admin Ch. 7 | 9.72 | 9.72 | 0.00 | 9.72 | 9.72 | 1,107.61 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| | MARK S. WALLACH | Admin Ch. 7 | 344.33 | 344.33 | 0.00 | 344.33 | 344.33 | 763.28 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | PENNEY, MAIER & WALLACH | Admin Ch. 7 | 14.54 | 14.54 | 0.00 | 14.54 | 14.54 | 748.74 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | PENNEY, MAIER & WALLACH | Admin Ch. 7 | 445.50 | 445.50 | 0.00 | 445.50 | 445.50 | 303.24 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| 1 | Recovery Management Systems Corporation | Unsecured | 671.78 | 671.78 | 0.00 | 671.78 | 32.13 | 271.11 |
| | Claim Memo: Unsecured; History: 1-1 05/08/2007Claim #1 filed by Recovery Management Systems Corporation , total amount claimed: $671.78 (Singh, Ramesh) Address line 1 and 2 are more than 80 characters and cannot be wrapped: For GE Money Bank dba JCPenney 25 SE 2nd Ave Ste 1120 Miami, FL 33131 | | | | | | | |
| 2 | Chrysler Financial | Unsecured | 5,580.96 | 5,580.96 | 0.00 | 5,580.96 | 266.88 | 4.23 |
| | Claim Memo: Unsecured; History: 2-1 05/24/2007Claim #2 filed by Chrysler Financial , total amount claimed: $5580.96 (Illig, S.) | | | | | | | |
| 3 | National Grid | Unsecured | 88.41 | 88.41 | 0.00 | 88.41 | 4.23 | 0.00 |
| | Claim Memo: Unsecured; History: 3-1 05/24/2007Claim #3 filed by National Grid , total amount claimed: $88.41 (Youngman, Brian) | | | | | | | |
| | Total for Case 03-17519 : | | $7,415.24 | $7,415.24 | $0.00 | $7,415.24 | $1,377.33 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,074.09 | $1,074.09 | $0.00 | $1,074.09 | 100.000000% |
| Total Unsecured Claims : | $6,341.15 | $6,341.15 | $0.00 | $303.24 | 4.782098% |